1ODD BLANCHE
Acting Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar Number 8264

TAMER B. BOTROS
Assistant United States Attorney
Nevada Bar No. 12183
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Fax: (702) 388-6787
Tamer.Botros@usdoj.gov

*Attorneys for the Federal Respondents*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

MARTIN GARCIA CASTILLO,

Petitioner

v.

JOHN MATTOS, *et al.*

Respondents

Case No. 2:26-cv-01969-CDS-MDC

**Order Approving Joint Stipulation to Extend Time for Federal Respondents to File Their Response to Petitioner's First Amended Petition (ECF No. 6)**

**FIRST REQUEST**

[ECF No. 9]

Federal Respondents and Petitioner, by and through their respective undersigned counsel, hereby submit this Stipulation for a retractive extension of time up to and including **August 11, 2026**, for Federal Respondents to file their Response to Petitioner's First Amended Petition (ECF No. 6). Federal Respondents conferred with Petitioner's counsel regarding an extension, and Petitioner's counsel agreed. This is the first request for an extension.

Accordingly, the parties respectfully request that the Court approve this stipulation and extend the deadline for Federal Respondents to file their Response to Petitioner's First

Amended Petition (ECF No. 6) from August 4, 2026, to **August 11, 2026**. This request is made in good faith and not for the purpose of delay.

Respectfully submitted this 4th day of August 2026.

| | |
|---|---|
| Rene L. Valladares<br>Federal Public Defender | TODD BLANCHE<br>Acting Attorney General of the United States<br>SIGAL CHATTAH<br>First Assistant United States Attorney |
| */s/ Hannah D. Nelson*<br>Hannah D. Nelson<br>Assistant Federal Public Defender | */s/ Tamer B. Botros*<br>TAMER B. BOTROS<br>Assistant United States Attorney |

The parties fail to comply with Local Rule IA 6-2 ("A stipulation . . . must include an 'order' in the form of a signature block on which the court or clerk can endorse approval of the relief sought."). Although this failure is excused on this occasion, future compliance is required. The parties stipulation [**ECF No. 9] is approved**.

______________________________
United States District Judge
Dated: August 6, 2026